UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRANDY BENNETT,

    Plaintiff,

v().                                                        Case No: 2:16-cv-649-FtM-99CM

JDC VENTURES, LLC and JACK
D. COOK,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Relief from Related Case Order and Track Two Notice (Doc. 10) filed on September 29, 2016. On July 21, 2016, the Court provided a Related Case Order and Notice designating this case as a Track Two case pursuant to Local Rule 3.05. Doc. 4. Plaintiff seeks relief from having to meet and prepare the Case Management Report. Doc. 10 at 2. Instead, Plaintiff recommends that the Court enter a FLSA Scheduling Order. *Id.*

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Relief from Related Case Order and Track Two Notice (Doc. 10) is **GRANTED**.

2. The Clerk is directed to enter an Amended Related Case Order and Notice for a FLSA case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October, 2016.

- 2 -

*[signature]*

CAROL MIRANDO
United States Magistrate Judge

Copies:

JDC Ventures, LLC
Jack D. Cook
Counsel of record